IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

LESTER RAKALL ROBINSON,

Petitioner,

v.                                              Civil Action No. 3:18CV415

HON. BRYANT L. SLUGG, *et al.*,

Respondents.

## MEMORANDUM OPINION

By Memorandum Order entered on June 26, 2018, the Court conditionally docketed Petitioner's action. On July 6, 2018, the United States Postal Service returned the June 26, 2018 Memorandum Order to the Court marked, "RETURN TO SENDER" and "Not in Custody." Since that date, Petitioner has not contacted the Court to provide a current address. Petitioner's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

/s/ 
John A. Gibney, Jr.
United States District Judge

Date: 7/30/18
Richmond, Virginia